### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE A.P. DOE, a minor, by and through her parent and natural guardian, JANE L.P. DOE** *Plaintiff,* | : : : : : | **CIVIL ACTION** |
| v. | : : | |
| **ROBLOX CORPORATION, SNAP, INC., and DOES 1-50,** *Defendants.* | : : : : | No. 25-cv-4256 |
| **JANE M.C. DOE, a minor, by and through her parent and natural guardian, JANE F.C. DOE** *Plaintiff,* | : : : : : | **CIVIL ACTION** |
| v. | : : | |
| **ROBLOX CORPORATION, SNAP, INC., and DOES 1-50,** *Defendants.* | : : : : | No. 25-cv-5768 |
| **JANE P.H. DOE, a minor, by and through her parents and natural guardians, JOHN K.H. DOE and JANE J.H. DOE,** *Plaintiff,* | : : : : : : | **CIVIL ACTION** |
| v. | : : | |
| **ROBLOX CORPORATION, SNAP, INC., and DOES 1-50,** *Defendants.* | : : : : | No. 25-cv-5709 |
| **JANE D.R. DOE, a minor, by and through her parent and natural guardian, JANE M.D. DOE** *Plaintiff,* | : : : : : | **CIVIL ACTION** |
| v. | : : | |
| **ROBLOX CORPORATION,** | : | No. 25-cv-5715 |

| | |
|---|---|
| SNAP, INC., and DOES 1-50, | : |
| *Defendants.* | : |

## CONSENT ORDER

**AND NOW,** this **20th day** of **October 2025**, following a hearing held on this same day, it is hereby **ORDERED** that the Plaintiffs in cases 2:25-cv-4256, 2:25-cv-5709, 2:25-cv-5715, and 2:25-cv-5768 shall provide the following information to Defendants Roblox Corporation ("Roblox") and Snap Inc. ("Snap") on or before **October 24, 2025**:

(1) Plaintiffs' Roblox usernames, Plaintiffs' Snapchat usernames, and to the extent any Roblox or Snapchat usernames are not available, Plaintiffs must provide any partial usernames, email addresses, and phone numbers that may have been used to register for the associated accounts; and

(2) The perpetrators' Snapchat and Roblox usernames, and to the extent they are not available, Plaintiff will provide the perpetrators' names, phone number(s), email addresses, and the identity of any investigating law enforcement entity, including contact information for any detective, agent, or law enforcement official, to the extent each category exists and is available.

Plaintiffs are ordered to file a certification under seal with the Court disclosing all information they have provided to Defendants consistent with this Order on or before **October 24, 2025**.

It is also hereby ordered that defendants Roblox and Snap shall provide to Plaintiffs, by **October 30, 2025**, a certification as to what accounts associated with the Plaintiff and perpetrator accounts identified in (1) and (2) above were located, and if Roblox and/or Snap are unable to locate any user account data for the Plaintiffs' or perpetrators' accounts, the certification shall

identify what user account data is no longer available due to Defendants' retention policies, and when it became unavailable. Defendants must file this certification with the Court by **October 30, 2025**.

The Parties are directed to file a stipulation staying the above-referenced actions until 30 days after the Judicial Panel on Multidistrict Litigation has decided the pending motion to transfer the cases. The stipulation must be filed by **November 4, 2025**.

**BY THE COURT:**

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**